## RAMSAY VS. DAVIS.

*Practice—Reversal of Judgment—Five per cent. damages.*

1. A judgment will not be reversed because no notice of trial had been served on the party against whom it was rendered, unless there was a motion to set it aside on that ground.
2. The appeal in this case having manifestly been taken for delay, the judgment is affirmed with five per cent. damages, *in addition* to the seven per cent. usually allowed.

APPEAL from the Circuit Court for *Milwaukee* County.

*I. P. Walker*, for appellant.

*E. Mariner*, for respondent.

COLE, J. We are furnished with no briefs by the appellant, and we are therefore ignorant of the points upon which he relies for a reversal of the judgment. Neither is there any bill of exceptions. The printed case states that there was no notice of trial served. This objection is not sustained by the record and papers returned to this court. But even if it were true that no notice of trial was given, the defendant should have moved in the court below to set aside the judgment on that ground. We think the appeal was manifestly taken for delay, and we there-

fore affirm the judgment with five per cent. damages in addition to the seven per cent. damages given on affirmance of judgments.

*By the Court.*—Ordered accordingly.